UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

United States,

    -against-

Travis Davis,

        Defendant.

-------------------------------------------------------x

ORDER

Docket No. 16 CR 00302 (KMK)

KARAS, U.S. DISTRICT JUDGE:

    John S. Wallenstein, is to assume representation of the defendant in the above captioned matter as of March 21, 2023. Mr. Wallenstein is appointed pursuant to the Criminal Justice Act. His address is Law Offices of John S. Wallenstein, 1100 Franklin Avenue, Garden City, NY 11530; phone number (516) 742-5600; Email: JSWallensteinEsq@outlook.com. Peter Quijano is relieved as counsel.

SO ORDERED

_____
KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE

Dated: White Plains, New York
       March 23, 2023